**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01111-LTB-KLM

EFIT FINANCIAL, INC., a Colorado corporation,

      Plaintiff,

v.

SANTA CLARITA ATHLETIC CLUB, INC., a California corporation;
MARILYN EPPERSON, a California citizen;
DAVID BRANCH, a California citizen; and
TRENT CHAPMAN, a California citizen,

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion for Dismissal of Action Pursuant to Rule 41(a)(1)(A)(I) (Doc 6 - filed June 12, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   June 13, 2008